IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SONYA GLADNEY PLEASANTS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 23-00132-KD-MU |
| | ) |
| **PILOT CATASTROPHE SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

## STIPULATED FINAL JUDGMENT

In accordance with the Order issued this date approving the parties' settlement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Sonya Gladney Pleasants and against Pilot Catastrophe Services, Inc., in the amount of $2,848.00, plus reasonable attorney fees in the amount of $2,400.00, and $471.40 as costs.

Accordingly, this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this 30th day of April 2024.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE
